1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ROBBIN FRANKLIN,               )
                               )        No. EDCV 09-0926-RC
        Plaintiff,             )
                               )
        v.                     )        **JUDGMENT OF REMAND**
                               )
MICHAEL J. ASTRUE,             )
Commissioner of Social Security, )
                               )
        Defendant.             )
_____)

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by the Court

~~having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4~~

~~of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), lodged~~

~~concurrently with the lodging of the within Judgment of Remand, that the above-~~

~~captioned action is remanded to the Commissioner of Social Security for further~~

~~proceedings consistent with the Stipulation for Remand.~~  that this matter is remanded

pursuant to Sentence 4 of 42 USC 405(g).


DATED: _November 23, 2009          /S/ ROSALYN M. CHAPMAN_____
                                   HON. ROSALYN M. CHAPMAN
                                   UNITED STATES MAGISTRATE JUDGE